In the Matter of the Petition of the RECTOR, CHURCHWARDENS
AND VESTRYMEN OF ST. ANDREW'S PROTESTANT EPISCOPAL
CHURCH, to Vacate an Assessment for Paving One Hundred
and Twenty-seventh street.

(Argued June 16, 1890; decided June 24, 1890.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made January 28, 1889,
which reversed an order of Special Term vacating an assessment.

*Elliot Sandford* for appellant.

*David J. Dean* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.